# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MI HAE KIM and MELISSA CHONG,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC; NEW CENTURY BMW and DOES 1-20,<br><br>　　　　　　Defendants. | CASE NO.:  2:16-cv-5815 JAK (MRWx)<br><br>[Assigned to the Hon. John Kronstadt]<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE**<br><br>**JS-6** |

The Court, having reviewed the parties' Stipulation of Dismissal of Entire Action with Prejudice and good cause appearing, orders that this case be, and is hereby, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: February 15, 2017

_____
Hon. John Kronstadt
United States District Judge